IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-03-00043-CR

 

David Comparini Luna,

                                                                      Appellant

 v.

 

The State of Texas,

                                                                      Appellee

 

 

 



From the County Court at Law No 2

Johnson County, Texas

Trial Court # M200200046

 



DISSENTING Opinion



 








          The
trial court’s question was standard operating procedure to make sure the
defendant was knowingly and voluntarily waiving his Fifth Amendment right
against self incrimination.  The
admonishment was at the request of Luna’s counsel.  The trial court did not err in refusing to grant
a mistrial.  I dissent.

 

                                                                   TOM
GRAY

                                                                   Chief
Justice

 

Dissenting opinion delivered and filed January 12,
 2005






the due course of law provision of the
Texas Constitution.  Because no timely,
specific objection was made, this issue is not preserved for our review.  Id.  See also, Tex. R. App. P. 33.1.  

          Having
no issue preserved for review, the judgment of the trial court is affirmed.

 

                                                                   TOM
GRAY

                                                                   Chief
Justice

 

Before
Chief Justice Gray,

          Justice Vance, and

          Justice Reyna

(Justice
Vance concurring with note)*

Affirmed

Opinion
delivered and filed April 13, 2005

Do
not publish

[CRPM]

 

          * “(Justice Vance concurs.  See
Parker v. State, 119 S.W.3d 350, 357
(Tex. App.—Waco 2003, pet. ref’d).  This
opinion simply concludes, without facts to justify the decision, that the issue
was not preserved for review.  However,
Rivera objected to the charge, and the State does not urge a lack of
preservation.)”